IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03292-WYD-NYW | Date: | June 11, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| GREAT DIVIDE BREWING COMPANY, | *Neal J.G. McConomy* |
| **Plaintiff,** | |
| v. | |
| GOLD KEY/PHR FOOD SERVICES, LLC, | *Lawrence Michael Brooks, Jr.* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:33 p.m.

Appearance of counsel.

Discussion and argument held on Plaintiff Great Divide Brewing Company's Motion for Jurisdictional Discovery [14] filed on March 10, 2015.

**ORDERED:** **Plaintiff Great Divide Brewing Company's Motion for Jurisdictional Discovery [14] is GRANTED in PART. Limited jurisdictional discovery is allowed regarding information called for in the response to the motion for discovery including newsletters defendant distributes, number of sales to residents in Colorado, and amount and type of sales in Colorado and the contour and nature of the website as it relates to people in Colorado. The limited jurisdictional discovery shall be propounded by June 18, 2015. Parties shall file a joint status report by June 22, 2015, regarding any disputes with that set of discovery, and if a status conference is needed. A telephonic status conference is set for June 23, 2015, at 4:00 p.m.**

Discussion and argument held on Defendant Gold Key/PHR Food services, LLC's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)[26] filed on April 13, 2015.

**ORDERED:** **Defendant Gold Key/PHR Food services, LLC's Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)[26] is GRANTED in PART. No more than seven (7) interrogatories, and one (1) request for production are allowed.**

Court in Recess:   2:14 p.m.   Hearing concluded.   Total time in Court:   00:41