IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03292-WYD-NYW

GREAT DIVIDE BREWING COMPANY,

    Plaintiff,

v.

GOLD KEY/PHR FOOD SERVICES, LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff Great Divide Brewing Company's Motion for Leave to Supplement Its Motion to Dismiss Briefing filed July 9, 2015 (ECF No. 38) is **GRANTED**.  Plaintiff shall separately file its Supplement to Its Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

    Dated:  July 21, 2015.