IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03292-WYD-NYW

GREAT DIVIDE BREWING COMPANY,

    Plaintiff,

v.

GOLD KEY/PHR FOOD SERVICES, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motion to Dismiss, filed on August 31, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendant, Gold Key/PHR Food Services, LLC, and against Plaintiff, Great Divide Brewing Company, on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.  It is further

    ORDERED that plaintiff's complaint and action are dismissed without prejudice. It is further

    ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 31st day of August, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk